UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDWARD E. WALKER, | Case No. 2:18-cv-02428-RFB-CWH |
| Petitioner, | |
| v. | ORDER |
| JERRY HOWELL, et. al, | |
| Respondents. | |

On January 24, 2019, the Court entered an order and final judgment dismissing this habeas corpus action because petitioner filed a motion for leave to proceed *in forma pauperis* without the required attachments, namely, an inmate account statement for the past six months and a properly executed financial certificate. ECF Nos. 3/4; *see* 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2. On February 28, 2019, the Court received from petitioner a motion for leave to proceed *in forma pauperis* that includes the required attachments, as well as another petition for writ of habeas corpus. ECF No. 5. Although the order dismissing this action instructed petitioner to file a *new* habeas action, the Court shall, in the interest of judicial efficiency, set aside its dismissal and judgment.

Based on the information provided with the perfected motion, the Court finds that petitioner can pay the full filing fee of $5.00. Thus, the motion will be denied. Petitioner will be required to pay the fee before proceeding herein.

/ / /

1 In addition, the Court notes that the petitions included with each of petitioner's motions to proceed *in forma pauperis* are incomplete and lack much of the information the Court requires to determine the procedural posture of his case. ECF Nos. 1-1, 5-1; *see* Rule 2, Rules Governing Habeas Corpus Cases Under Section 2254 (Habeas Rules) (describing the requirements of the petition, including its form, contents, scope, and sufficiency). Both petitions contain a single ground for relief, but the petitions lack sufficient factual allegations to state a comprehensible ground allowing for relief. *Id.* While it appears that petitioner challenges his underlying conviction based on a defective complaint, thus challenging the state court's jurisdiction, he fails to provide the factual basis that rendered the complaint defective. *Id.* Thus, Petitioner is advised that, even with payment of the filing fee, his case is subject to dismissal for failure to state a claim upon which habeas relief may be granted. *See* Rule 4, Habeas Rules (requiring district court to summarily dismiss petition if it plainly appears petitioner is not entitled to relief).

**IT IS THEREFORE ORDERED** that the order and judgment entered on January 24, 2019, (ECF Nos. 3 and 4) are VACATED.

**IT IS FURTHER ORDERED** that petitioner's application to proceed *in forma pauperis* (ECF No. 5) is denied. Petitioner shall have 30 days from the date that this order is entered to have the filing fee of $5.00 sent to the Clerk of the Court. Failure to comply will result in the dismissal of this action.

**IT IS FURTHER ORDERED** that petitioner shall have until May 6, 2019 to file an amended petition that contains factual allegations to support petitioner's claim for relief.

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** that the Clerk shall send petitioner two copies of this order. Petitioner is ordered to make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

DATED this 15th day of April, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE