UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

EDWARD E. WALKER,

    Petitioner,

v.

JERRY HOWELL, et. al,

    Respondents.

Case No. 2:18-cv-02428-RFB-CWH

ORDER

On April 15, 2019, the Court denied Petitioner's motion to proceed *in forma pauperis* but allowed Petitioner 30 days within which to pay the $5.00 filing fee for this habeas corpus action. ECF No. 6. Petitioner has not complied with the Court's order and the time within which to do so has expired. The Court therefore dismisses this action.

Further, reasonable jurists would not find the Court's conclusion to be debatable or wrong. Thus, the Court will not issue a certificate of appealability.

IT IS THEREFORE ORDERED that this action is dismissed without prejudice for Petitioner's failure to comply with the Court's April 15, 2019 order (ECF No. 6). The Clerk of the Court is instructed to enter judgment accordingly.

IT IS FURTHER ORDERED that no certificate of appealability shall issue.

DATED this 3rd day of June, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE